UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **AVERY SHAWN ESKEW #25288,** Plaintiff | **CIVIL DOCKET NO. 1:21-CV-00479-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RAPIDES PARISH SHERIFF'S OFFICE NURSING STAFF, ET AL, Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 17], and after a *de novo* review of the record, including the Objection filed by Plaintiff [ECF No. 18], having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the claims against "Nursing Staff," Nortec, and Sheriff Wood be DENIED and DISMISSED with prejudice for failure to state a claim for which relief can be granted under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

THUS, DONE AND SIGNED in Chambers on this 29th day of July 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE