a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| AVERY SHAWN ESKEW #25288,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-00479<br>SEC P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| RAPIDES PARISH SHERIFFS<br>OFFICE ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

Before the Court is a Motion for an extension of time (ECF No. 15) and a Motion to appoint a law student (ECF No. 16) to assist *pro se* Plaintiff Avery Shawn Eskew ("Eskew") in his civil rights lawsuit.

Eskew does not state what deadline he seeks to extend. The only deadline pending at the time Eskew's motion was filed was one established by an Order for Eskew to amend his Complaint. The Amended Complaint was filed the same day as the motion for extension. Because there were no other deadlines pending at the time and Eskew complied with the Order to amend, his Motion for extension is moot.

Additionally, Eskew is not entitled to the appointment of an attorney or law student to help him with his case. Civil litigants do not have an automatic right to appointed counsel. *See Baranowski v. Hart*, 486 F.3d 112, 126 (5th Cir. 2007); *Jackson v. Cain*, F.2d 1235, 1242 (5th Cir.1989). Nor is there a "free-standing right to a law library or legal assistance." *Lewis v. Casey*, 116 S. Ct. 2174, 2180 (1996).

Eskew has not presented any exceptional circumstances that would warrant the appointment of counsel.  *See* 28 U.S.C. § 1915(e)(1); *Cupit v. Jones*, 835 F.2d 82, 86 (5th Cir. 1987).

Accordingly, IT IS ORDERED that Eskew's Motion for extension of time (ECF No. 15) is DENIED AS MOOT, and Eskew's Motion for appointment of counsel (ECF No. 16) is DENIED.

SIGNED on Thursday, August 5, 2021.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE