UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **AVERY SHAWN ESKEW #25288,** **Plaintiff** | **CIVIL DOCKET NO. 1:21-CV-00479-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RAPIDES PARISH SHERIFF'S OFFICE, ET AL, Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 24], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Complaint and Amended Complaint [ECF Nos. 1, 14] are DISMISSED WITHOUT PREJUDICE under Rule 41 of the Federal Rules of Civil Procedure.

THUS, DONE AND SIGNED in Chambers on this 5th day of November 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE